427 A.2d 1206

Pedano et al. v. Pedano, Appellant.

Argued September 12, 1979. Edward J. Hughes, for appellant; Lynne Z. Gold-Bikin, for appellees.

Before PRICE, WIEAND and VAN der VOORT, JJ.*

The support order is reduced to $95 per week; and, as so modified, the order is affirmed.

PRICE, J., dissented.

427 A.2d 1207

In the Matter of Holl.

Appeal of Albert Holl.
Reargument Denied June 23, 1980.

Argued September 11, 1979. Robert J. Manara, for appellant; Howard Ulan, Assistant Attorney General, for appellee.

Before PRICE, WIEAND and VAN der VOORT, JJ.*

Order affirmed.

* Judge Donald E. Wieand is sitting by special designation.